Daniel C. Fleming, Esq. (SBN 314283)
**WONG FLEMING, P.C.**
821 Alexander Road, Suite 200
Princeton, NJ 08540
Telephone: (609) 951-9520
Facsimile: (609) 951-0270
Email: dfleming@wongfleming.com
*Attorneys for Plaintiff Harley-Davidson Credit Corporation*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (Southern Division)

| | |
|---|---|
| HARLEY-DAVIDSON CREDIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JETSET AIRLINE, LLC and DAVID J. STORSTAD,<br><br>Defendants. | Case No. 8:18-cv-00680-DOC-KS |

## STIPULATED CONSENT JUDGMENT

THIS MATTER having been opened to the Court by Harley-Davidson Credit Corporation ("HDCC") on April 23, 2018 against Jetset Airline, LLC ("Jetset") and David J. Storstad ("Mr. Storstad") (collectively, "Defendants") alleging that Jetset breached their contract for failing to adhere to the terms of the Promissory Note and the Aircraft Security Agreement, all of which were executed between the parties on March 14, 2006, and against Defendant Mr. Storstad for failing to adhere to the terms of a Guaranty,

NOW, THEREFORE, and upon the consent of the parties, by their attorneys, it is hereby ORDERED, ADJUDGED AND DECREED:

1

**IT IS THEREFORE ORDERED** that Judgment in the sum of Eight Hundred Ninety-Nine Thousand, Three Hundred Forty-One Dollars and Ninety-One Cents ($899,341.91), consisting of Eight Hundred Thirteen Thousand, Five Hundred Sixty-Seven Dollars and Forty-One Cents ($813,567.41) due and owing on the Promissory Note, plus Fifty-Three Thousand, Seven Hundred Fifty-Two Dollars and Twenty-Nine Cents ($53,752.29) in interest on the Promissory Note and plus Thirty-Two Thousand, Twenty-Two Dollars and Twenty-One Cents ($32,022.21) in attorneys' fees and expenses shall be entered in favor of Harley-Davidson Credit Corporation and against Defendants Jetset Airline, LLC and David J. Storstad, jointly and severally.

| Jetset Airline LLC | Harley-Davidson Credit Corporation |
|---|---|
| By:*/s/David J. Storstad*<br>Name: David J. Storstad<br>Title: Member | By:*/s/ Al Ely*<br>Name: Al Ely<br>Title: Vice President |

*/s/David J. Storstad*
David J. Storstad

| */s/ Anerio V. Altman* | */s/ Daniel C. Fleming* |
|---|---|
| Anerio V. Altman, Esq.<br>Lake Forest Bankruptcy<br>23151 Moulton Parkway, Suite 131<br>Laguna Hills, CA 92653<br>Phone: (949) 218-2002<br>*Attorney for Defendants Jetset Airline LLC and David J. Storstad* | Daniel C. Fleming, Esq.<br>Wong Fleming, P.C.<br>821 Alexander Road, Suite 200<br>Princeton, New Jersey 08540<br>Phone: (609) 951-9520<br>Fax: (609) 951-0270<br>*Attorneys for Plaintiff Harley-Davidson Credit Corporation* |

**SO ORDERED** this 19th day of April, 2019.

*David O. Carter*
The Honorable David O. Carter
United States District Judge